IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JEREMIE DALE BRYANT
ADC #127178                                                                PLAINTIFF

v.                          No. 2:16-cv-12-DPM-PSH

RORY L. GRIFFIN, Chief Deputy Director
for Medical Services, ADC; AMY ROWLAND,
Health Services Administrator, EARU; BRETT
BUTLER, Provider, EARU; ARIC SIMMONS,
Provider, EARU; PATRICK DRUMMONDS, APN,
EARU; TAMMY LYNN KIMBLE, RN, EARU;
YAVONDA KEY, Director of Nursing, EARU;
DATRICE SLEDGE, Director of Nursing, EARU; and
DOES, Employees of EARU                                            DEFENDANTS

ORDER

Unopposed partial recommendation, № 60, adopted. FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes). Bryant's motion to dismiss his claims against the Doe defendants, № 56, is granted. Those claims are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 July 2016