# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JEREMIE DALE BRYANT　　　　　　　　　　　　　　　　PLAINTIFF
ADC #127178

v.　　　　　　　No: 2:16-cv-12-DPM

AMY ROWLAND, Health Administrator,
EARU; BRETT BUTLER, Provider, EARU;
ARIC SIMMONS, Provider, EARU;
PATRICK DRUMMONDS, APN, EARU; and
TAMMY LYNN KIMBLE, RN, EARU　　　　　　　　　　DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Bryant's unopposed motion to dismiss, № 141, is granted. Bryant's complaint will be dismissed without prejudice. Defendants' motion for summary judgment, № 137, is denied as moot. This dismissal is not a strike.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 March 2018