# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JEREMIE DALE BRYANT            PLAINTIFF
ADC #127178

v.                    No: 2:16-cv-12-DPM

RORY L. GRIFFIN, Chief Deputy Director
for Medical Services, ADC; AMY ROWLAND,
Health Administrator, EARU; BRETT BUTLER,
Provider, EARU; ARIC SIMMONS, Provider,
EARU; PATRICK DRUMMONDS, APN, EARU;
TAMMY LYNN KIMBLE, RN, EARU; YAVONDA
KEY, Director of Nursing, EARU; DATRICE
SLEDGE, Director of Nursing, EARU; and DOES,
Employees of EARU                 DEFENDANTS

## JUDGMENT

Bryant's claims for damages against Griffin in his official capacity are dismissed with prejudice. All other claims are dismissed without prejudice.

_W.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

20 March 2018